**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2104**

---

MAGGIE R. STARR,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF THE AIR FORCE; CHANDRE COLEMAN; MIA WILLIAMS; CONNIE HUTCHISON,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:22-cv-02029-LKG)

---

Submitted:  February 27, 2025                Decided:  March 3, 2025

---

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Maggie R. Starr, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maggie R. Starr appeals the district court's order denying her motion to reconsider the court's dismissal of her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Starr v. Dep't of the Air Force*, No. 8:22-cv-02029-LKG (D. Md. Sept. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*